UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IVAN G. MCKINNEY, :
:
    Plaintiff, : Civ. No. 14-3564 (KM) (JBC)
:
v. :
: **ORDER**
DR. HEMSLEY, et al., :
:
    Defendants. :
:

For the reasons expressed in the Opinion filed herewith:

IT IS this 9th day of October, 2015,

ORDERED that plaintiff's application to amend the complaint (Dkt. No. 10) is denied; and it is further

ORDERED that the Clerk shall file the application to amend the complaint (Dkt. No. 10) as a "complaint received" in a newly opened civil case; and it is further

ORDERED that the plaintiff, if he wishes to proceed with the newly-opened case, must within thirty (30) days of the date of the entry of this Order, plaintiff either pay the $400 filing fee **or** submit to the Clerk a complete signed *in forma pauperis* application, including a certified six-month prison account statement; and it is further

ORDERED that, if the filing fee or *in forma pauperis* application is not received within 30 days, the Clerk shall administratively terminate the newly opened civil case without prejudice and without filing the complaint or assessing a filing fee; and it is further

ORDERED that the Clerk shall serve on plaintiff by regular U.S. mail: (1) this Order and Opinion; (2) a blank form application to proceed *in forma pauperis* by a prisoner in a civil rights case; and (3) a copy of the docket sheet in the newly opened case; and it is further

ORDERED that the Clerk shall file this Order and Opinion in the above-captioned case, No. 14 cv 3564, and shall file a second copy of this Order and Opinion in the newly opened civil case.

KEVIN MCNULTY
United States District Judge