UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN G. MCKINNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NURSE CUCINELLA; OFFICER SEVINO; OFFICER JOHN DOE,<br><br>    Defendants. | CIVIL ACTION NO. 15-cv-7442-KM-MAH |

APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE PLEAD
[Local Civil Rule 6.1(b)]

Application is made for a Clerk's Order extending time within which defendants Officer Savino (incorrectly plead by plaintiff as Officer Sevino) and Officer John Doe (to the extent he can be identified), may answer, move or otherwise reply to the Complaint filed by plaintiff herein, and it is represented that:

1. No previous extension has been obtained;

2. Service of process was effected upon each of the above-named defendants on or about July 18, 2016 upon information and belief; and

3. Time to answer, move or otherwise reply expires on August 8, 2016.

Dated: August 5, 2016

JULIEN X. NEALS
BERGEN COUNTY COUNSEL

*/s/ Frank P. Kapusinski, Esq.*
By: Frank P. Kapusinski, Esq.
Assistant County Counsel
1 Bergen County Plaza, Room 580
Hackensack, N.J.  07601
(201) 336-6950
Attorneys for Officer Savino &
Officer John Doe

1

**ORDER**

The above Application is ORDERED GRANTED, EXTENDED TO AUGUST 22, 2016.

ORDER DATED:					WILLIAM T. WALSH, Clerk


						By: _____
						Deputy Clerk

2