OFFICE OF THE BERGEN COUNTY COUNSEL
JULIEN X. NEALS, ESQ., BERGEN COUNTY COUNSEL
Frank P. Kapusinski, Esq., Assistant County Counsel
(Bar no. FK 029191996)
One Bergen County Plaza
Room 580
Hackensack, New Jersey   07601
(201) 336-6950
Attorneys for Defendant Officer Joseph Savino (plead as Officer Sevino) and Officer John Doe (to the extent he can be identified)

| IVAN G. MCKINNEY,<br><br>                      Plaintiff,<br><br>vs.<br><br>NURSE CUCINELLA, OFFICER JOSEPH SAVINO (plead as OFFICER SEVINO) and OFFICER JOHN DOE,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Hon. Kevin McNulty, U.S.D.J.<br><br>Civil Action No.<br>15-CV-7442-KM-MAH<br><br>**ORDER**<br><br>Return Date: September 19, 2016<br><br>Objection Deadline: September 6, 2016 |
|---|---|

**THIS MATTER** having come before the Court on a Motion (the "Motion") by Defendants Officer Joseph Savino & Officer John Doe (to the extent he can be identified), by and through their attorneys the Office of the Bergen County Counsel pursuant to Fed.R.Civ.P. 6(b)(1), and L.Civ.R. 6.1, and the Court having considered the papers submitted herein, and the Court fining that notice of this Motion was duly and timely served upon Plaintiff, this matter being decided under Fed.R.Civ.P. 78 and for good cause shown;

IT IS on this 25th day of August, 2016,

1

**ORDERED** as follows:

1. Defendant Officer Joseph Savino is granted an extension of 45 days to answer, move or otherwise plead in response to Plaintiff's Complaint, until October 6, 2016.

2. ~~At such time as Officer Savino shall plead, the Complaint shall be deemed amended to name as a defendant Officer Savino's immediate superior, as of July 25, 2013, solely in his official capacity, and such superior officer shall also answer, move or plead by October 6, 2016 if Plaintiff has not by that date moved to amend his Complaint.~~

_____, USMJ

Hon. ~~Kevin McNulty, U.S.D.J.~~

2. Any application to amend the pleadings shall be made by the party seeking to amend his or her pleadings, and shall comply with L. Civ. R. 7.1.

2