# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**Michael A. Hammer**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 776-7858 |

October 14, 2016

### LETTER ORDER

RE: **Ivan G. McKinney v. Officer Sevino, et al.**
    **Civil Action No. 15-7442 (KM)(MAH)**

Dear Litigants:

    On or about November 29, 2016, this Court will issue a Scheduling Order in this civil action.

    You are directed to provide to the undersigned the attached Proposed Discovery Plan by 3:00 p.m. on November 25, 2016.

                                                                   **SO ORDERED.**

                                                    s/ Michael A. Hammer
                                                   **Hon. Michael A. Hammer**
                                                   **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                   |   |                         |
|-------------------|---|-------------------------|
|                   | : | Civil Action No.        |
| Plaintiff(s),     | : |                         |
| v.                | : |                         |
|                   | : |                         |
| Defendant(s).     | : | PROPOSED DISCOVERY PLAN |

1. For each party, set forth the name of the party, attorney appearing, the firm name, address, e-mail address, telephone number and facsimile number. In addition, the lead counsel on each side should bring a business card which contains his/her e-mail address to the Rule 16 Scheduling Conference.

   _____
   _____
   _____
   _____
   _____

   _____
   _____

2. (a) Set forth a brief description of the case, including the causes of action and affirmative defenses asserted.

   _____
   _____

   _____
   _____

   (b) Is this a fee-shifting case?

   Yes _____   No _____

   If so, set forth legal authority.

   _____
   _____

3. Has this action been:   Settled_____ Discontinued_____

   If so, has there been a Stipulation/Dismissal filed?

   Yes _____   No _____

4. Have settlement discussions taken place?   Yes _____ No _____

   If so, when?_____
   (a) What was plaintiff's last demand?

       (1) Monetary demand:  $_____
       (2) Non-monetary demand: _____
   (b) What was defendant's last offer?

       (1) Monetary offer: $_____
       (2) Non-monetary offer:_____

5. Core discovery needed to be able to discuss settlement in a meaningful way:

   _____
   _____
   _____

6. The parties [have _____ -have not _____] exchanged the information required by Fed. R.Civ. P. 26(a)(1).   If not, state the reason therefor.

   _____
   _____
   _____

7. Explain any problems in connection with completing the disclosures required by Fed. R.Civ. P. 26(a)(1).

   _____
   _____
   _____

8. The parties [have _____ -have not _____] conducted discovery other than the above disclosures.   If so, describe.

   _____
   _____

9. The parties [have _____ -have not _____] met pursuant to Fed. R. Civ. P. 26(f).

    (a)  If not, state the reason therefor.

          _____
          _____
          _____

    (b)  If so, state the date of the meeting and the persons in attendance.

          _____
          _____
          _____

10.    The following [is _____ -is not _____] a proposed joint discovery plan.

    (a)     Discovery is needed on the following subjects:

             _____
             _____
             _____

    (b)     Discovery [should _____ -should not _____] be conducted in phases or be limited to particular issues.   Explain.

             _____
             _____

    (c)     Maximum of _____ interrogatories by each party to each other party.

    (d)     Maximum of _____ depositions to be taken by each party.

    (e)     Plaintiff's expert report due on _____.

    (f)     Defendant's expert report due on _____.

    (g)     Motions to amend or to add parties to be filed by _____.

    (h)     Dispositive motions to be served within _____ days of completion of discovery.

    (i)     All discovery to be completed by _____.  If there is a need for a liability expert and it is necessary to defer the completion of expert discovery beyond this deadline, please state the reason why and the proposed date for completion of expert discovery.
             _____

    (j)     Set forth any special discovery mechanism or procedure requested, including data preservation orders or protective orders:

             _____
             _____
             _____

    (k)     A pretrial conference may take place on _____.

11. Do you anticipate any discovery problem(s)? Yes _____ No _____

    If so, explain.

    _____
    _____
    _____
    _____

12. Do you anticipate any special discovery needs (i.e., videotape/telephone depositions; problems with out-of-state witnesses or documents, etc.)?   Yes _____ No _____

    If so, explain.

    _____
    _____
    _____
    _____
    _____

13. State whether this case is appropriate for voluntary arbitration (pursuant to Local Civil Rule 201.1 or otherwise), mediation (pursuant to Local Civil Rule 301.1 or otherwise), appointment of a special master or other special procedure.  If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.).

    _____
    _____
    _____

14. Is this case appropriate for bifurcation?   Yes _____ No _____

15. An interim status/settlement conference (with clients in attendance), should be held during the month of _____, 20_____.

16. We [do _____ do not _____] consent to the trial being conducted by a Magistrate Judge.


    _____          _____
    Plaintiff(s)                                     Date


    _____          _____
    Defendant(s)                                     Date