Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

U.S. District Courthouse
of New Jersey
Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07102

2:15-cv-07442
(KM)(MAH)
10-27-16

Dear Hon. Judge, McNulty:

How are you doing? I pray that all is well.

I recieved a motion from Leonard Seaman ESQ. of the law firm of Richard Malagiere P.C.. He represent OFF. ~~Savien~~ Savino in our case 2:15-cv-07442 (KM)(MAH). He has asked this court to dismiss my claim for failure to state a claim. And he has asked for oral arguement. Please take this letter as an opposition to his frivilous request.

Sincerely yours,
Ivan McKinney

Evan G. M<sup>c</sup>Kinney #004321
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

John 3:16
Legal-Mail

U.S. District Courthouse
OF N.J. Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07101

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2016 OCT 31  P 3:56