CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2016 DEC 29 P 3:30

Sean G. McKinney #601321 / J.S.P.
P.O. Box 861
Trenton, N.J. 08625

U.S. District Courthouse
Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07101

McKinney v.
Nurse Cucinell/etal
15-CV-7442
KM-MAH

Dear Hon. Judge, McNulty:       12-21-16

Your Honor, You ordered on August 29, 2016 that Mr. Kapusinski ESQ, could file a response by 10-06-16. He promised he would answer for OFF. Joseph Savino and Corp. John Doe. As of this date I have waited for the name of Corp. John Doe. Mr. Kapusinski, has been given more than enough time to identify, Corp. John Doe. I am asking that you order this attorney to ID this defendant. Because, this court has given alot of time for this action, I ask that this court enter a default Judgement. I thank you for your time in this matter! OFF. John Doe has been served on 07-15-16. Capt. Steven Ahrendt excepted the summons/serving for Corp. John Doe.

Sincerely yours,
Sean McK.

