Ivan G. McKinney #600132/
New Jersey State Prison
P.O. Box 861
Trenton, N.J. 08625

United States District Court
Attn. Clerks Office
50 Walnut Street
Newark, N.J. 07101

11-24-17

McKiney v. Cucinella etc.
2:15-cv-07442

Dear Clerk:

I was ordered by the Hon. Judge Hammer,
to ~~**~~ submit my rule 26 disclosures
and interogg answers by 11-27-17. Please be
advised on this 24th day of November 2017
I am handing this to the 1st shift Officer. As per
Houston v. Lack and the prisoners mailbox rule it is
considered filed. I am resubmitting these documents
lille I did almost a year ago. Because, of my
many issues with legal mail here, I believe this
Court, and defense counsel did not recieve such. Clerk,
please electronically send Leonard Seaman
ESQ, Hon. Judge Hammer a copy of
these documents. I cant chance them
not reaching their destination again. Thank
you so much for your help. And im enclosing
a letter asking Judge Hammer to allow me the
other 10 document request to be answered.

Sincerely yours,
Ivan McK

CC: Leonard Seaman ESQ.
Hon. Judge, Hammer

Ivan G. McKinney #601321
NJSP
P.O. Box 861
Trenton, N.J. 08625

U.S District Court
New Jersey District
Attn. Hon. Judge, Michael Hammer
50 Walnut Street                    11-24-17
Newark, NJ 07101

McKinney V. Cuccinella
etal
2:15-cv-07442

Dear Hon. Judge, Hammer:

In my 10-29-17 request for docu
ments and discovery, I sought in good
Faith. None of my request was to harass,
threaten, defame, or waste this court's, nor
defendant's time. I miticiously chose these
35 questions to show intent, motive,
Reason, accountiability, Responsiable culprit and
etc.. These are the best questions for me
to effectively prosecute this case. I am
asking that you would order defendant's
counsel to provide the last 10 questions
also. I sought these in good Faith,
and to prove it. I'm asking that this
court to provide Probono Counsel so plaintiff
can assure the requested information, is safe
guarded. Your Honor, my legal mail has been opened over 50
times in 4 years out of my presence. My legal property has
been looted and destroyed by custody several times also. In
closing im asking that the defense be forced to answer the
last ten questions. And that Probono counsel be provided
to Safeguard confedential info of defendant's throughout.

CC:
Hon.
Judge
McNulty

Leonard
Seaman/ESQ

Sincerely yours,
Ivan McKinney

I certify the forgoing is true to the best of my
ability. And if false I could be subjected
to criminal/civil Penalties.

United States District Court
For The District OF New Jersey

Ivan G. M<sup>c</sup> Kinney
plaintiff,
v.
Nurse Cuccinella, OFFicer Joseph
Savino (i p/A "OFF. Sevino) et al.

Docket No.: 2:15-cv-
07442 (KM)(MAH)

Civil Action
Fed R. Civ. P. 26
Disclosures on behalf
of Defendant, OFFicer
Joseph Savino (i/p/a
"OFF. Sevino")
2:15-cv-07442

11-24-17

TO: Mr. Leonard Seaman, ESQ.
250 Moonachie Road,
Suite 102
Moonachie, N.J, 07074

Sir:

Pro Se, Plaintiff, Ivan G. M<sup>c</sup> Kinney Provides the
following by way of initial disclosures pursuant to
FRCP 26:

A. The name and Of each individual likely to have
discoverable information that the disclosing party
may use to support its claim or defenses, unless
solely for impeachment, identifying the subjects
of the information;

1. Marcus Cook, Melony Cook, Peter M<sup>c</sup> Kinney,
Fred M<sup>c</sup> Kinney, Elizabeth M<sup>c</sup> Kinney, Gladys
M<sup>c</sup> Kinney, Radeell M<sup>c</sup> Kinney, Keishawania T., Jose
Doe, Jeffrey Steinfeld ESQ., Barbara Jean McKinney
David culviello, Hon. Judge James E. Guida,
Pro Se Plaintiff Reserves the right to add persons
in the future if appropriate

①

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possesion, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

1. Audio recording of proceedings before the Hon. James E. Guida on July 25, 2013 in State v. McKinney

2. Video recording of proceeding before the Hon. James E. Guida on July 25, 2013 in State v. McKinney

3. All camera footage in the elevator on the floor of Judge Guida's court on that day 07-25-13

4. All camera footage of the whole elevator ride to the basement 07-25-13 that MR McKinney was taken on

5. All camera footage on the floor the court Room was on 07-25-13

6. All camera Footage in the basement to bullpen of the Court 07-25-13

7. All Police reports/incident reports Written on the matter 07-25-13. And any Written on days after regarding the incident.

8. All Police Radio transmissions to and from OFF. Savino, OFF. John Doe, Corp John Doe, and any and all transmissions from any and all officers on 07-25-13 in The Superior Court of Bergen

②

9. Any and all emails sent to and From OFF. Savino on 07-25-13 until 07-30-13. Including social media posting,

10. Any and all Text messages sent to and from OFF. Savino on 07-25-13 until 07-30-13 Including all social media Postings.

11. Any and all text messages sent to and from OFF. John Doe on 07-25-13 until 07-30-13 Including All social media postings

12. Any and all text Email messages sent to and from OFF. John Doe on 07-25-13 until 07-30-13 Including All social media Postings

13. Any and all text messages and emails sent to and By From Off. Corp. John Doe on 07-25-13 until 07-30-13 including all social media postings

14. Any and all Letters Written regarding the 07-25-13 incident by Hon. Judge James F. Guida. And any and all text message and Emails sent to and From Hon. Judge Guida on 07-25-13 until 07-30-13 including social Media Postings

15. Any and all letters Written by Mr. David Calviello Asst Prosecutor, Regarding the 07-25-13 incident. And all text messages, Emails, social postings, sent to and From Mr. Calviello on 07-25-13 until 07-30-13

16. Any and all letters Written by Ms. Kathy Fantuzzi, Asst Prosecutor, on 07-25-13 Regarding the incident. And any and all text messages, Emails, and social media postings sent to and From Ms. Fantuzzi FRom 07-25-13 - 07-30-13

③

17. Any and all reports written by Mr. Peter Crisculo, Plaintiffs, Parole officer from New Jersey State Parole. Mr. Crisculo was present on 07-25-13 at plaintiffs sentencing. Plaintiff, request any and all text messages, Emails, Social media postings, sent to and from Mr. Crisculo on 07-25-13 until 07-30-13

18. Any and all reports written by Lt.   Russo of the New Jersey state Parole. On 07-25-13 Regarding the incident in the court, Plaintiff, request all text messages, emails, Social media postings, sent to and from Lt. Russo. From 07-25-13 until 07-30-13

19. All reports written by Ms. Maria Perez Rockful, Asst Prosecutor, on 07-25-13 regarding the incident. And any and all Emails, text messages, Social media postings, sent to and from Ms. Rockful, from 07-25-13 until 07-30-13

20. Any and all text messages, To and From Emails, Social media postings, of Mary K. Miraglia c/o Hackensack/ Daily Voice. On 07-25-13 through 07-30-13

21. Any and all text messages, To and From Emails, Social media postings, of Jerry De Marco c/o Hackensack/Daily Voice, On 07-25-13 through 07-30-13

22. Any and all text messages, To and From Emails, Social media postings of all officers Working in Bergen sheriffs Hon. Judge Guida's court. And Reports, 07-25-13 through 07-30-13

④

23. Any and all text messages, To and From Emails, Social media postings, of all Bergen Sheriffs/officers Working in the Courthouse on 07-25-13 through 07-30-13

24. And any and all text messages, To and From Emails, Social media postings, of all public officials present in that Courtroom 07-25-13. As they are identified. From 07-25-13 07-30-13

25. Any and all text messages, Emails, Social media postings, of Lara Weisman, Hon. Judge Guida's Clerk at the time of sentencing on 07-25-13. Any and All to and From Lara Weisman. From 07-25-13 Through 07-30-13. I believe this is the correct spelling of her No last name

26. Any and all text messages, Emails, Social Media Postings, of all Bergen County Prosecutor's employees, Bergen County Sheriffs employees, and Bergen County Public Defender's employees. From The dates of 07-25-13 until 07-30-13. Any and all to and from those officials

27. Any and all text messages, Emails, Social media postings, of Hon. Judge James E Guida's Court Manager and Clerk Dana Arcada. All these messages to and from Ms. Arcada on 07-25-13 and through 07-30-13.

⑤

Plaintiff, Ivan M⁼Kinney Will rely on the enclosed mentioned information.

Plaintiff, doesnot have all this information in his possesion, but Will seek this information through discovery. In the alternitive a Settlement resolve transpires.

Respectfully submitted,

~~The Law Office~~
Ivan MCKinney
#601321
PROSe Litigant
NJSP
P.O. Box 861
Trenton, NJ 08625
By Ivan MCKinney

Dated 11-24-17


⑥

Interoggatorie Answers      McKinney V.
Cuccinella et al.
2:15-cv-
07442(KM)(MAh)

Answer  1. Marcus Cook, Melony Cook, Peter McKinney, Fred
McKinney, Elizabeth McKinney, Gladys McKinney,
Radeell McKinney, Keishawnja T., Jose Doe, Jeffrey
Steinfeld ESQ, And other public Officials

Answer  2. Gladys McKinney: Exspressed to Mr. Steinfeld
and all other family members what she saw. She
Was coming out the lady's room and the cop's was
assaulting this plaintiff. And she Shouted stop hitting
my brother please

Answer  3. N/A

Answer  4. All Camera's in Hon. Judge James E. Gujda's Court.
And all camera's in the hallway on that floor.
And the elevator and all camera's leading from the floor
of the court to the basement bullpens

Answer  5. Not sure if any expert needs to be
called. But plaintiff preserves the Right

Answer  6. 42 U.S.C. 1983

Answer  7. Any and all documents that are relevant !

Answer  8. The officer's should not have used excess
ive force on plaintiff. Should not have stopped
plaintiff from excercising his 1st Amendment
Right. And the Judge should have requested the removal.

①

Answer 9. A. Failed to refrain from excessive force. B. Removed plaintiff from his 1st Amendment excercising speech. C. Removed plaintiff from court without the Judge's leading to do so

Answer 10. On 07-25-13 I was being sentenced in James Guida's Court in Bergen County. The Judge allowed me to speak and I chose my statement. OFFicer's force fully removed me from court beat in the hallway. Slammed my head in the elevator and beat me All the way to the basement bullpen

Answer 11. I still have headaches and Neck Pain

Answer 12. Headaches and neck pain

Answer 13. N/A

Answer 14. dont Recall dates if any

Answer 15. Bergen County Jail medical Dept.

Answer 16. N/A

Answer 17. N/A

Answer 18. N/A

(2)

Answer | 19. N/A

Answer | 20. N/A

Answer | 21. Does not have in my Possesion

Answer | 22. See #1

Answer | 23. N/A

Answer | 24. N/A

Answer | 25. 42 U.S.C. 1983

Respectfully Submitted

Ivan M. Kinney

Dated
11-24-17

③



Ivan G. Mc Kinney #600t321
N. J. S. P.
P.O. Box 861
Trenton, N.J. 08625
John 3.16
Legal - Mail

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 NOV 29  P 2: 32

TRENTON
NJ DEPT. ST PRISON
27 NOV '17
PM 3 L

Hasler
11/27/2017
US POSTAGE
$00.70⁰
ZIP 08625
011D11624610
FIRST-CLASS MAIL

United States District Court
New Jersey District
Attn. Clerks Office
50 Walnut Street
Newark, N.J. 07101

07102-359699