UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN G. MCKINNEY<br><br>Plaintiff,<br><br>vs.<br><br>NURSE CUCCINELLA, OFFICER JOSEPH SAVINO (i/p/a "Officer Sevino") et al.<br><br>Defendants | Docket No.: 2:15-cv-07442 (KM)(MAH)<br><br>Civil Action<br><br>**ORDER** |

THIS MATTER having been opened to the Court on application by Defendant, Officer Joseph Savino (i/p/a "Officer Sevino"), for an order permitting the deposition of Plaintiff, Ivan G. McKinney to be taken in his place of incarceration, New Jersey State Prison, and the Court having considered the application and good cause having been shown,

IT IS this 23rd day of February, 2018,

ORDERED that the deposition of Plaintiff, Ivan G. McKinney, shall take place on Tuesday, February 27, 2018, at 10:00 AM at the New Jersey State Prison, 600 Cass St, Trenton, NJ 08608 (the "Prison") in accordance with the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED that the Warden and staff of the Prison shall make such arrangements as necessary to permit the taking of the deposition at the date and time set forth above; and *Counsel shall coordinate the planning and logistics for the deposition with the Warden and Prison staff*

IT IS FURTHER ORDERED that following individuals shall be admitted to the Prison for the purpose of conducting Plaintiff's deposition:

1. Leonard E. Seaman, Esq., of the Law Offices of Richard Malagiere, 250 Moonachie Road, Suite 102, Moonachie, New Jersey 07074, attorney for Defendant, Officer Joseph Savino (i/p/a "Officer Sevino"); and,

2. A court reporter affiliated with GAF LEGAL SERVICES, 55 Eagle Rock Avenue, Unit HP-1, East Hanover, NJ 07936 (the "Court Reporter"); and,

IT IS FURTHER ORDERED that the Court Reporter shall be permitted to bring the following electronic equipment into the Prison: a stenographic writer, a laptop computer and any and all peripheral equipment, charging devices, or cables as needed for making a stenographic record of the proceedings; and,

IT IS FURTHER ORDERED that counsel for Defendant shall serve a copy of this Order on Plaintiff and on the Warden of New Jersey State Prison within ___/___ days of the date hereof.

_____
The Honorable Michael A. Hammer, U.S.M.J