Ivan Mckiney#601321
N.J.S.P.
P.O.Box 861
Trenton, N.J. 08625

U.S. DISTRICT COURTHOUSE
ATTN. HON. JUDGE MICHAEL HAMMER
50 WALNUT STREET
NEWARK,N.J. 07101

*Mckinney v. Cucinella et al. 2:15-cv-07442-KM-MAH*

Dear Hon . Judge Hammer:


Please be advised, I have made good on your last order.
I provided and sought discovery. As of today, Mr. Seaman has yet to turn over any discovery or admissions I sought and etc.. And im due to take a deposition on 02-27-17 in a matter that's before magastrsate Clark. Mr. Seaman has sought to illegally depose me on this case before you involving Off. Savino. I will not answer any questions regarding this above case because you have not ordered it, nor did counsel motion your court. I am disturbed how he tried to circumvent and undermine my intelligence. Please, order counsel to obey your order that is a few months old, and discontinue seeking a deposition without the court's approval. I thankyou in advance for your anticipated resolve.


CC: Leonard Seaman ESQ.                    SINCERELY YOURS,                    02-23-18

Ivan Mckinney#601321
N.J.S.P.
p.o. Box 861
Trenton, N.J. 08625


# U.S. DISTRICT COURT

ATTN:CLERK'S OFFICE
50 WALNUT STREET
NEWARK, N.J. 07102

Mckinney v.
BOND et al.
Civil Action No
14 - 3563


Dear Hon. Judge, James B. Clark:


Several weeks ago I asked for a 60 day exstention in Mckinney v.
Bond. I want to oppose the summary judgement but Marvin freeman
is practicing deceit. He gave me an incomplete deposition
package that I took. Many pages was missing. Please provide me a
scheduling order so I CAN GET EXTENDED LAW LIBRARY TIME. THANK
YOU FOR YOUR TIME IN THIS MATTLER.


cc: Marvin Freeman NJAG


                    Sincerely Yours,                    02-23-18

Evan C. M≡ Kinney #601321
N.J.S.P.
P.O. X 861
Trenton, N.J. 08625

John 3:16
Legal - Mail

TRENTON NJ 085

26 FEB 2018 PM 5 L

U.S. District Court
Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07101

07102-357217

FOREVER USA