U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 FEB 28

~~Ivan~~ Ivan G. M<sup>c</sup>Kinney #600132l
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

U.S. District Court                02-22-18
  New Jersey District
Attn. Hon. Judge James B. Clark
50 Walnut Street
Newark, N.J. 07102

Dear Hon. Judge Clark:

How are you doing? I pray that all is well. As-per your 02-06-18 order I will abide with the terms totally. On Febuary 27, 2017 the deposition is set for and im ready. I have 2 problems: 1. Neither attorney has turned over the discovery I requested. Such as admissions, Deposition answers and etc.. 2. I feel very disrespected because Mr. Leonard Seaman has undermined my intelligence. He has tried to slide in a deposition on 2:15-CV-07442 (KM) (MAH). This involves Off. Seviano and Corp. John Doe in which your not the magastrate. Magastrate Hammer is the Judge in that case. I refuse to answer any questions on that Seviono matter because I was not placed on notice, Nor could I oppose. These two attorneys are up to games please protect me. Their is no order by Judge Hammer and never a motion neither. And Their plan is to take my deposition

Wait to the last minute and give me that discovery you ordered for them to turn over. And file their Summary Judgement right at 03-31-18. And have you mad at me because I won't have time to meet your deadline of 03-31-18, sift the discovery, and respond to Summary Judgement. Please respond back A.S.A.P. on how to proceed. I'm ready for the deadline, im not looking for any time. I want you to make sure im protected and have time for the discovery, and respond to Summary Judgement. I will not answer any questions in the Deposition on Cuccinella, or Savino. You did not order that. This behavior by these attorney's are going to force me to file a complaint. I'm going to try to reach out to them. Please Assure that they turnover Summary Judgement Motion, and the discovery so I can be ready 03-31-18. This is not my fault!!! I feel very disrespected And ethically mistreated by these attorney's Period!!!

Sincerely yours,
Juan M. Nunez

Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

John 3:16
Legal—Mail

U.S. District Court
Attn. Clerks Office
50 Walnut Street
Newark, N.J. 07102

TRENTON NJ 085
26 FEB 2018 PM 4 L

2018 FEB 28 P 3:07
DISTRICT COURT
RECEIVED
NEW JERSEY

07102-355599