THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

**Matthew E. Gilson**
*Member NJ Bar*

250 MOONACHIE ROAD
SUITE 102
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 100
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

*OF COUNSEL*
**Lawrence D. Mandel**
*Member NJ & PA Bar*
**Leonard E. Seaman**
*Member NJ Bar*
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

March 1, 2018

**VIA REGULAR MAIL**
IVAN G. MCKINNEY
601321
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, NJ 08625

      Re:    **Ivan McKinny v. Nurse Cuccinella**
                  **Civil Action No.: 2:15-cv-07442 (KM)(MAH)**

Dear Mr. McKinney:

    As you know, this office represents Defendant, Joseph Savino (i/p/a "Officer Servino") in the above matter.

    Enclosed please find Defendant's Answers to Plaintiff's Interrogatories in this matter. The signed verification of Defendant will follow shortly.

    Thank you.

                                                   Very Truly Yours

                                                    LEONARD E. SEAMAN

LES:ap

Cc:    Client (via e-mail)