THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney*<br><br>**Matthew E. Gilson**<br>*Member NJ Bar* | 250 MOONACHIE ROAD<br>SUITE 102<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 100<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | *OF COUNSEL*<br>**Lawrence D. Mandel**<br>*Member NJ & PA Bar*<br>**Leonard E. Seaman**<br>*Member NJ Bar*<br>*Certified by the Supreme Court of*<br>*New Jersey as a Civil Trial Attorney* |

*REPLY TO NJ OFFICE

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

February 16, 2018

**VIA FACSIMILE (609-777-1203)**
New Jersey State Prison
600 Cass St
Trenton, New Jersey 08608
Attn.: Jessica Smith

        Re:    **Ivan McKinney v. Dr. Hemsley, et al.**
                 **Civil Action No.:  2:14-cv-03564 (KM)(JBC)**

        Re:    **Ivan McKinney v. Nurse Cuccinella**
                 **Civil Action No.:  2:15-cv-07442 (KM)(MAH)**

Dear Ms. Smith:

      This office represents Defendants, Edward T. Pawson (improperly pleaded as "Capt. Pawson") and Robert J. Bigott (improperly pleaded as "Warden Bigott"), in the <u>Ivan McKinney v. Dr. Hemsley</u> matter and Defendant, Joseph Savino (i/p/a "Officer Sevino") in the <u>Ivan McKinney v. Nurse Cuccinella</u> matters noted above.

      The plaintiff in each of those matters, Ivan McKinney (SBI Number 000255755C), is incarcerated at your facility. Kindly confirm that he is available to participate in the events set outlined herein.

      Conference calls among Plaintiff, counsel, and the Magistrate Judge overseeing each of those matters have been scheduled for Monday, April 9, 2018. Copies of the Orders scheduling the calls are transmitted herewith. The particulars of each of the calls are as follows:

| MATTER | TIME | PARTICIPANTS |
|---|---|---|
| Ivan McKinney v. Dr. Hemsley | 9:30 AM | The Hon. James B. Clark, III, USMJ<br>Ivan McKinney<br>Leonard E. Seaman, Esq.<br>Martin J. McAndrew, Esq. |
| Ivan McKinney v. Nurse Cuccinella | 10:30 AM | The Hon. Michael A. Hammer, USMJ<br>Ivan McKinney<br>Leonard E. Seaman, Esq. |

Pursuant to our conversation, the undersigned will initiate each of those calls to the prison by calling 609-292-9700 ext. 4281 shortly before the time scheduled for the conference.

Thank you.

Very truly yours,

LEONARD E. SEAMAN

LES:ap
enc.
Cc:    The Hon. James B. Clark, III, USMJ (via CM/ECF)
       The Hon. Michael A. Hammer, USMJ
       Ivan McKinney (via regular mail)
       Martin J. McAndrew, Esq. (via electronic mail (mmcandrew@okllp.com))
       Client (via email)

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | | |
|---|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | | U.S. COURTHOUSE<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |

February 6, 2018

**LETTER ORDER**

Re:   **McKinney v. Hemsley, et al.**
      Civil Action No. 14-3564 (KM)

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) Fact discovery in this matter shall be completed by **March 31, 2018**. There will be **NO FURTHER EXTENSIONS** of this deadline.

2) The Court will conduct a telephone status conference with the parties on **April 9, 2018 at 9:30 AM**. Counsel for Defendant Hemsley shall initiate the call.

**IT IS SO ORDERED.**

                s/ James B. Clark, III
               **JAMES B. CLARK, III**
               **United States Magistrate Judge**

**Full docket text for document 54:**
TEXT ORDER: Telephone Status Conference set for 4/9/2018 at 10:30 a.m. before Magistrate Judge Michael A. Hammer. Defense counsel will initiate the call to 973-776-7858. So Ordered by Magistrate Judge Michael A. Hammer on 3/13/2018. (jqb, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2018 11:45:31 | | | |
| **PACER Login:** | rm1144:2710383:0 | **Client Code:** | McKinney |
| **Description:** | History/Documents | **Search Criteria:** | 2:15-cv-07442-KM-MAH |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |