UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IVAN G. MCKINNEY, | : | Civil Action No. 15-7442 (KM) (MAH) |
| Plaintiff, | : | |
| v. | : | ORDER |
| NURSE CUCINELLA, etc., et al., | : | |
| Defendants. | : | |

This matter having come before the Court by way of a telephone conference call scheduled for April 9, 2018;

and for the reasons stated on the record during the telephone call;

and for good cause shown;

**IT IS on this 9th day of April, 2018,**

**ORDERED THAT**:

1. Defendants' request to take Plaintiff's deposition is **granted**.

2. The parties shall arrange the date and time for the deposition, and provide the Court with an appropriate form of order.

3. By **April 21, 2018**, Plaintiff shall submit a letter to the Court, indicating what additional discovery he needs and a list of items he believes he is still owed by Defendants.

4. By **April 30, 2018**, Defendants shall file a response to Plaintiff's letter.

*s/Michael A. Hammer*
UNITED STATES MAGISTRATE JUDGE