Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

U.S. District Court
Newark Vicinage
Attn. Hon. Judge Michael Hammer U.S.D.J.
50 Walnut Street
Newark, NJ 07101

McKinney v. Nurse Cuccinella
Docket No: 2:15-cv-07442 (CCM)(MAH)
March 28, 2019

Dear Hon. Judge Hammer:

I have tried to negotiate a settlement offer in the above case with defendant's counsel. This was over several months to no avail. I am asking this court to allow me to depose OFF. Joseph Savino as-per 50 questions. And I'm asking the court to provide me a Subpoena to allow me to ask Bergen County Superior Court for certain items of discovery. And I also Would like to depose David

Calviello Asst ~~Super~~ Prosecutor, Kathy Fantuzzi, Asst Prosecutor, Dana Acardi court clerk, Hon. Judge Guida J.S.C,. This request was made by me in the pass. I did my due diligene at the time. But, I found out a hand written Subpoena was not the way. I didn't know, im not a Lawyer. Also, both I and Counsel tried to negotiate a settlement for several months so the discovery some what stopped. Counsel Last letter to your honor chas me a little hot. In no way did I Waive my right to discovery of your last order. Or deposing Savino, or any of the other's. We were negotiating so we both stopped the request. And for counsel to say I Waived anything is totally wrong. Counsel sent me that letter on JPAY. Com. I told him on the phone I need a copy and he never sent it. I must say Counsel has shown me some ways that are new and not like him. I am asking this court to allow to go forwiard. And/or help us scedule a settlement Confrence. Counsel has not put a number on the table he keep beating around the bush. And claiming he submitted the offer to Bergen County Sheriff or Counsel I believe. Thank you Your honor ~~for~~ your time.

Sincerely yours
Dwan om

cc:
Leonard
Seaman
ESQ,

P.S. The institution keeps playing with my legal Confrences phone/video

Ivan G. M≤/Cinney #601321
N.J. S.P.
P.O. Box 861
Trenton, NJ 08625

The Law Offices of Richard
Malagiere P.C. Attn. Mr. Leonard Seaman ESQ.
Suite 102
Moonachie, NJ 07074

McKinney v. Cuccinella
Docket # 2:15-cv-07
442 (KM)(MAH)

Dear Mr. Seaman: 03-28-19

I have enclosed a copy of this 2 page
03-28-19 letter to Hon. Judge Hammer.
It entails our negotiations. And my
concern on how you have been operating.
Thank You for Your time.

Evan G. Mc Kinney #601132
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

John 3:16.
Legal-Mail

TRENTON
NJ 085 HOST PERSON
29 MAR '19
PM 5 L

Hasler
03/29/2019
US POSTAGE
$00.55⁰
ZIP 08625
011D11624610

U.S. District Court
Athn. Clerks Office
50 Walnut Street
Newark, N.J. 07101

07102-3503-28